[No. 64104-2-I. Division One. July 19, 2010.]

ROGER FLOE ET AL., *Appellants*, v. DAN N. FIORITO, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-00441-9, Michael E. Rickert, J., entered August 3, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64137-9-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JEFFERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00819-1, Hollis R. Hill, J., entered September 8, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 64139-5-I. Division One. July 19, 2010.]

RONG SU, *Appellant*, v. SMITH & JUST, PS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-11117-2, Julie A. Spector, J., entered August 21, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64294-4-I. Division One. July 19, 2010.]

CONNER RUBIN, LLC, *Respondent*, v. BIG CONSTRUCTION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-13954-9, William L. Downing, J., entered September 18, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Cox, J.